UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

John Little Belvin
Nancy Irene Belvin,

Case No. 21-31826-KLP
Chapter 7

Debtor(s).

**ORDER EXTENDING TIME TO FILE A COMPLAINT**
**TO OBJECT TO THE DISCHARGE**

This matter came before the Court upon the United States Trustee's Motion To Extend Time To Object To Discharge (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtors' discharge is extended through and including December 13, 2021.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

Dated: Oct 1 2021

/s/ Keith L Phillips

**Keith L. Phillips**
**Bankruptcy Judge**
**United States Bankruptcy Court**

Entered On Docket: Oct 1 2021

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Jason B. Shorter, Esq. (Va. Bar No. 80989)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

## **CERTIFICATION**

    I hereby certify that this Order has been either served on or endorsed by all necessary parties.

                                                /s/ Shannon Pecoraro
                                                Shannon Pecoraro

## **SERVICE LIST**

John Little Belvin
Nancy Irene Belvin
8901 River Road
Petersburg, VA  23803

James E. Kane, Esq.
Kane & Papa, PC
1313 Cary Street
P. O. box 508
Richmond, VA  23218-0508

Jennifer J. West, Esq.
Spotts Fain, PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219

Shnnon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219