UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John Little Belvin and, | ) | Bankruptcy Case |
| Nancy Irene Belvin, | ) | No. 21-31826-KLP |
| | ) | |
| Debtors. | ) | |

**ORDER EXTENDING THE TIME TO FILE A**
**COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGE**

This matter comes before the Court on the Motion Pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure for an order extending to October 29, 2021 the time in which the Trustee, Jennifer J. West, may file a complaint pursuant to 11 U.S.C. § 727 to object to the discharge of the Debtor herein. It appearing that no objection was made timely to the requested extension, it is hereby:

ORDERED that the Trustee's Motion Pursuant to Rule 4004(b) is hereby granted; and it is further

ORDERED that the Trustee, Jennifer J. West has until October 29, 2021, to file a complaint pursuant to 11 U.S.C. § 727 objecting to the discharge of the Debtor.

The Clerk is directed to send copies of this Order upon entry to the undersigned counsel.

Jennifer J. West, Esquire (VSB No. 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
    *Chapter 7 Trustee*

Oct 1 2021

Entered this ___ day of _____, 20__.

.

          /s/ Keith L Phillips
          _____
          UNITED STATES BANKRUPTCY JUDGE

I ask for this:        Entered On Docket: Oct 1 2021

/s/ Jennifer J. West_____
Jennifer J. West, Esquire (VSB No. 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
    *Chapter 7 Trustee*

2

Local Rule 9022-1 (C) Certificate

Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing Order has been endorsed by or served upon all necessary parties.

/s/ Jennifer J. West
Jennifer J. West, Trustee

Service List

Kathryn Montgomery
Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-31826-KLP |
| John Little Belvin | Chapter 7 |
| Nancy Irene Belvin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: stehlem | Page 1 of 2 |
| Date Rcvd: Oct 01, 2021 | Form ID: pdford5 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Kathryn Montgomery, Shannon Pecoraro, Office of the U.S. Trustee, 701 E Broad St. Ste. 4304, Richmond, VA 23219-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Oct 02 2021 00:39:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward S. Whitlock, III | on behalf of Creditor Fort Lee Federal Credit Union ewhitlock@lawplc.com smilburn@lawplc.com;htaylor@lawplc.com;tholloman@lawplc.com;jwheeler@lawplc.com |
| James E. Kane | on behalf of Debtor John Little Belvin jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com |

| District/off: 0422-7 | User: stehlem | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: pdford5 | Total Noticed: 2 |

James E. Kane
    on behalf of Joint Debtor Nancy Irene Belvin jkane@kaneandpapa.com
    info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com

Jennifer J. West
    jjw_trustee@spottsfain.com  jjwest@ecf.axosfs.com

Jennifer J. West
    on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com  jjwest@ecf.axosfs.com

John P. Fitzgerald, III
    USTPRegion04.RH.ECF@usdoj.gov

Shannon Pecoraro
    on behalf of U.S. Trustee John P. Fitzgerald  III Shannon.pecoraro@usdoj.gov,
    june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

TOTAL: 7